# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS SANCHEZ on behalf of himself and others similarly situated.<br><br>Plaintiff,<br><br>v.<br><br>BRINK'S, INCORPORATED, a Delaware corporation; DUNBAR ARMORED, INC., a Maryland corporation; and DOES 1 to 100, Inclusive.<br><br>Defendants. | Case No. 2:21-cv-04635-TJH-SHKx<br><br>**<u>CLASS ACTION</u>**<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION [22]  JS-6**<br><br>Complaint Filed: April 1, 2021<br>Removed:             June 4, 2021<br><br>District Judge:      Terry J. Hatter Jr.<br>Magistrate Judge: Shashi H. Kewalramani |

Proposed Order Granting

# **ORDER**

The Court, having reviewed the Stipulation for Dismissal filed by Plaintiff Luis Sanchez ("Plaintiff") and Defendants BRINK'S, INCORPORATED and DUNBAR ARMORED, INC. (now known as Brink's, Incorporated) under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby ORDERS:

1. This entire action (including Plaintiff's individual claims and the putative class claims) is hereby dismissed without prejudice.
2. Notice of dismissal is not required to be provided to the putative class.
3. Each party will bear their own fees and costs.

**IT IS SO ORDERED.**

DATED: MAY 5, 2023

_____
Hon. Terry J. Hatter Jr.
U.S. District Court Judge

Proposed Order Granting